AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| JOSEPH BERNARDO, and JESSICA GARCIA as guardian ad litem for Minors J.J.B. II and J.J.B. III<br><br>*Plaintiff(s)*<br>v.<br>CITY OF Guadalupe; ANDREW BREDA; FRANK MEDINA; CHRISTOPHER OROZCO; and DOES 1 through 10, inclusive<br><br>*Defendant(s)* | Civil Action No. 2:24-cv-09493-FMO-MAA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CITY OF Guadalupe; ANDREW BREDA; FRANK MEDINA; and CHRISTOPHER OROZCO

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Gregory Peacock, ESQ. (SBN. 277669)
4063 Birch Street, Suite 100
Newport Beach, CA 92660

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/5/2024

*Signature of Clerk or Deputy Clerk*

Civil Action No. **2:24CV09493**     Case Name: **Joseph Bernardo, individually; et al. vs City of Guadalupe; et al.**

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for:  **Andrew Breda**
was received by me on  **November 13, 2024**

☑ I personally served the (( SEE DOCUMENTS ON ATTACHED LIST )) on the individual at  4490 10th St, Guadalupe, CA 93434-1420 on  November 14, 2024 2:50 PM

☐ I left the above listed documents at the individual's residence or usual place of abode with   , a person of suitable age and discretion who resides there, on  *(date)*  , and mailed a copy to the individual's last known address; or

☑ I served the above listed documents to  **Police Chief Cash - Person Authorized to Accept**, who is designated by law to accept service of process on behalf of  **Andrew Breda**  on  **November 14, 2024  2:50 PM**

☐ I returned the above listed documents unexecuted because;

☐ other *(specify):*

My fees are $ .00 for travel and $ 124.90 for services, for a total of $ 124.90

I declare under penalty of perjury that this information is true.

Date:  November 14, 2024

*Carla Foglio*
*Server's signature*

**Carla Foglio**
*Printed name and title*

**Contracted by DDS Legal Support**
**2900 Bristol Street**
**Costa Mesa, CA 92626**
**(714) 662-5555**
*Server's Address*

A0440-598429B

DDS Legal Support
2900 Bristol Street
Costa Mesa, CA 92626
Phone: (714) 662-5555   Fax: (714) 662-3379

Continued from Proof of Service

**CLIENT:** Jerry Steering Esq.

**CLIENT FILE #:** Bernardo, Joseph                   **DATE:** November 15, 2024

**SUBJECT:** Andrew Breda

```
Initial Standing Order; Notice to Counsel Re Consent to Proceed
Before a United States Magistrate Judge; Notice of Assignment to
United States Judges; Application of Jessica Garcia for Appointment
as Guardian AD Litem for Plaintiff J.J.B. III- 2; Declaration of
Jessica Garcia for Appointment as Guardian AD Litem for Minor
Plaintiff J.J.B. III- 2; [Proposed] Order Re Appointment of Jessica
Garcia as Guardian AD Litem for Plaintiff J.J.B. III- 2; Complaint;
Summons in a Civil Action
```



Order#: 598429B/DocAtt2010