**LAW OFFICE OF JERRY L. STEERING**
Jerry L. Steering, Esq. (SBN 122509)
4063 Birch Street
Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883
Email: jerrysteering@yahoo.com

**LAW OFFICE OF GREGORY PEACOCK**
Gregory Peacock, ESQ. (SBN. 277669)
4063 Birch Street
Suite 100
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

Attorneys for Plaintiff Joseph Bernardo, individually and as guardian ad litem for minors J.J.B. II, J.J.B. III,

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BERNARDO, and JESSICA GARCIA as guardian ad litem for Minors J.J.B. II and J.J.B. III, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF Guadalupe; ANDREW BREDA; FRANK MEDINA; CHRISTOPHER OROZCO; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:24-cv-09493-FMO-MAA <br><br> SUPPLEMENTAL DECLARATION OF JESSICA GARCIA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF J.J.B. II. |

SUPPLEMENTAL DECLARATION OF JESSICA GARCIA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF J.J.B. II.

1

I, JESSICA GARCIA, do hereby declare, that the facts set forth herein are based on my personal knowledge, and on information and belief, and if called upon to testify I could do so competently:

1) I am over the age of eighteen years old.

2) I am the legal and natural mother of Plaintiff J.J.B. II.

3) J.J.B. II. is a minor.

4) I would like to represent J.J.B. II in this instant action, involving the various constitutional violations, by various Guadalupe Police Department officers.

5) I declare under the penalty of perjury, that the facts contained in this petition are true and correct.

6) I am a fully competent adult, and I will look out for J.J.B. II's best interests; including those interests in this instant lawsuit.

7) I am qualified to understand and protect the rights of minor J.J.B. II and have no known or foreseeable interest adverse to the interests of J.J.B. II.

8) Accordingly, I hereby respectfully apply to this Honorable Court, to appoint me as the guardian ad litem for J.J.B. II in this action.

///

///

///

SUPPLEMENTAL DECLARATION OF JESSICA GARCIA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF J.J.B. II.

2

I declare under penalty of perjury, under the laws of the State of California, and under the laws of the United States of America, that the above and foregoing is true and correct.

Dated: November 15 , 2024, at Santa Maria , California.

_Jessica Garcia_
JESSICA GARCIA

**SUPPLEMENTAL DECLARATION OF JESSICA GARCIA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR MINOR PLAINTIFF J.J.B. II.**

3