James N. Procter II – State Bar No. 96589
Lisa N. Shyer – State Bar No. 195238
PROCTER, SHYER & WINTER
601 East Daily Drive, Suite 205
Camarillo, California 93010
Phone: (805) 278-0920
Facsimile: (805) 278-0289
Email:  jim@proctershyer.com/lisa@proctershyer.com

Attorneys for Defendants,
    CITY OF GUADALUPE, FRANK MEDINA
    and CHRISTOPHER OROZCO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOSEPH BERNARDO, and JESSICA GARCIA, as guardian ad litem for Minors, J.J.B.II J.J.B III,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF GUADALUPE, ANDREW BREDA, FRANK MEDINA; CHRISTOPHER OROZCO; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO. 2:24-cv-09493-FMO-MAA<br><br>**NOTICE OF INTERESTED PARTIES** |

The undersigned, counsel of record for defendants CITY OF GUADALUPE, FRANK MEDINA and CHRISTOPHER OROZCO, certify that the following listed parties have a direct, pecuniary interest in the outcome of this case:

    City of Guadalupe;

    Frank Medina;

    Christopher Orozco;

    Andrew Breda.

    These representations are made to enable the Court to evaluate possible

1

1  disqualification or recusal.

2  DATED: December 3, 2024     PROCTER, SHYER & WINTER, LLP

By: _____
James N. Procter II
Lisa N. Shyer
Attorneys for Defendants,
CITY OF GUADALUPE, FRANK MEDINA and CHRISTOPHER OROZCO

PROCTER, SHYER & WINTER
ATTORNEYS AT LAW
601 E DAILY DRIVE, SUITE 205
CAMARILLO CALIFORNIA 93010
TELEPHONE (805) 278-0920

2

**STATE OF CALIFORNIA, COUNTY OF VENTURA**

I am employed in the County of Ventura, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 East Daily Drive, Suite 205, Camarillo, California 93010.

On December 3, 2024, I served the foregoing document(s) described as **DEFENDANTS, CITY OF GUADALUPE, FRANK MEDINA and CHRISTOPHER OROZCO'S, NOTICE OF INTERESTED PARTIES** on the interested parties in this action, by placing ____ the original  X  a true copy thereof addressed as follows: SEE ATTACHED SERVICE LIST

__x__ **(BY E-MAIL/ELECTRONIC TRANSMISSION)** I caused the documents to be sent to the interested parties herein at the e-mail addresses included in the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. addressee.

__X__ **(Federal)**   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 3, 2024, at Camarillo, California.

/s/

Shellye Cruz

1

PROOF OF SERVICE

**SERVICE LIST**

**Bernardo v City of Guadalupe, et al.**
United States District Court Case No: 2:24-cv-09493

**ATTORNEYS FOR PLAINTIFFS**
Jerry L. Steering, Esq.
LAW OFFICE OF JERRY L. STEERING
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849/Facsimile: (949) 474-1883
Email: jerrysteering@yahoo.com

Gregory Peacock, Esq.
LAW OFFICE OF GREGORY PEACOCK
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com