**LAW OFFICE OF JERRY L. STEERING**
Jerry L. Steering, Esq. (SBN 122509)
4063 Birch Street
Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883
Email: jerry@steeringlaw.com; jerrysteering@yahoo.com

**LAW OFFICE OF GREGORY PEACOCK**
Gregory Peacock, Esq. (SBN. 277669)
4063 Birch Street
Suite 100
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

Attorneys for plaintiffs Joseph Bernardo and Jessica Garcia as guardian ad litem for Minors J.J.B. II and J.J.B. III

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BERNARDO, and JESSICA GARCIA as guardian ad litem for Minors J.J.B. II and J.J.B. III,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF Guadalupe; ANDREW BREDA, FRANK MEDINA, CHRISTOPHER OROZCO and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:24-cv-09493-FMO-MAA<br><br>**[PROPOSED] ORDER ON EX PARTE APPLICATION TO ENLARGE TIME TO SERVE DEFENDANT ANDREW BREDA**<br><br>**DATE:    JANUARY 29, 2025**<br><br>**UNITED STATES DISTRICT JUDGE FERNANDO M. OLGUIN** |

**HAVING CONSIDERED** plaintiffs Joseph Bernardo's and Jessica Garcia's as guardian ad litem for Minors J.J.B. II and J.J.B. III ex parte application

to enlarge time to serve defendant Andrew Breda with the Summons and Complaint in this action, and good cause having been shown therefor;

**IT IS HEREBY ORDERED** that time is enlarged for the plaintiffs to this action to serve defendant Andrew Breda with the Summons and Complaint in this action by _____ days.

**Dated:**_____          _____
　　　　　　　　　　　　　　　　　　　　**FERNANDO M. OLGUIN, UNITED**
　　　　　　　　　　　　　　　　　　　　**STATES DISTRICT JUDGE**