**LAW OFFICE OF JERRY L. STEERING**
Jerry L. Steering, Esq. (SBN 122509)
4063 Birch Street
Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883
Email: jerrysteering@yahoo.com

**LAW OFFICE OF GREGORY PEACOCK**
Gregory Peacock, Esq. (SBN. 277669)
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

Attorneys for Plaintiffs Joseph Bernardo, individually and as guardian ad litem for minors J.J.B. II, J.J.B. III

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BERNARDO, and JESSICA GARCIA as guardian ad litem for Minors J.J.B. II and J.J.B. III,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF Guadalupe; ANDREW BREDA; FRANK MEDINA; CHRISTOPHER OROZCO; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-09493-SRM-MAA<br><br>STATEMENT OF PARTY'S DEATH<br>(Fed. R. Civ. P. 25(a) |

STATEMENT OF PARTY'S DEATH (Fed. R. Civ. P. 25(a)
1

**TO THIS HONORABLE COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD**

Pursuant to Rule 25(a) of the Federal Rules of Civil Procedure, Plaintiffs, by their attorney, Gregory Peacock, hereby notes upon the record the death of Plaintiff JOSEPH BERNARDO during the pendency of this action. Plaintiff JOSEPH BERNARDO passed away on April 26, 2025.

Decedent JOSEPH BERNARDO's successors-in-interest are his children, J.J.B. II, J.J.B. III and J.M.B.

Dated: October 14, 2025                **LAW OFFICE OF GREGORY PEACOCK**

*/s/ Gregory Peacock*
Gregory Peacock, Lawyer for Plaintiffs

STATEMENT OF PARTY'S DEATH (Fed. R. Civ. P. 25(a)
2