Jerry L. Steering, Esq (SBN 122509)
**LAW OFFICE OF JERRY L. STEERING**
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883
Email: jerrysteering@yahoo.com

Gregory Peacock, Esq. (SBN 277669)
**LAW OFFICE OF GREGORY PEACOCK**
4425 Jamboree Road
Suite 130
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

Attorneys for Plaintiffs Joseph Bernardo, individually and as guardian ad litem for minors J.J.B. II, J.J.B. III

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BERNARDO, and JESSICA GARCIA as guardian ad litem for Minors J.J.B. II and J.J.B. III,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF Guadalupe; ANDREW BREDA; FRANK MEDINA; CHRISTOPHER OROZCO; and DOES 1 through 10, inclusive,<br><br>　　Defendants. | Case No. 2:24-cv-09493-SRM-MAA<br><br>NOTICE OF SETTLEMENT AND REQUEST FOR THE COURT TO RETAIN JURISDICTION |

NOTICE OF SETTLEMENT AND REQUEST FOR THE COURT TO RETAIN JURISDICTION
1

TO ALL PARTIES AND THIS HONORABLE COURT:

The parties have reached a settlement agreement as to all claims and parties. In Addition, Plaintiff Joseph Bernardo died on April 26, 2025. Accordingly, Plaintiffs have contemporaneously filed a Stipulation to Substitute Plaintiffs and to File A First Amended Complaint. The Proposed First Amended Complaint merely places Decedent Bernardo's successors in interest, in his place. Moreover, the minor plaintiffs will be filing Minor's Compromises.

Plaintiffs respectfully requests that this Honorable Court retain jurisdiction of this matter so that the minor plaintiffs can substitute into the place of Decedent Bernardo in the First Amended Complaint and so that Plaintiffs can each file a Minor's Compromises.

Dated: October 14, 2025    **LAW OFFICE OF GREGORY PEACOCK**

/S/ *Gregory Peacock*
Gregory Peacock, Esq.
Lawyer for Plaintiff

NOTICE OF SETTLEMENT AND REQUEST FOR THE COURT TO RETAIN JURISDICTION

2