**LAW OFFICE OF JERRY L. STEERING**
Jerry L. Steering, Esq. (SBN 122509)
4063 Birch Street
Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883
Email: jerrysteering@yahoo.com

**LAW OFFICE OF GREGORY PEACOCK**
Gregory Peacock, Esq. (SBN. 277669)
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

Attorneys for Plaintiffs Joseph Bernardo, individually and as guardian ad litem for minors J.J.B. II, J.J.B. III

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BERNARDO, and JESSICA GARCIA as guardian ad litem for Minors J.J.B. II and J.J.B. III,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF Guadalupe; ANDREW BREDA; FRANK MEDINA; CHRISTOPHER OROZCO; and DOES 1 through 10, inclusive,<br><br>    Defendants. | ) Case No. 2:24-cv-09493-SRM-MAA<br>)<br>) STIPULATION TO SUBSTITUTE<br>) PLAINTIFFS AND TO FILE FIRST<br>) AMENDED COMPLAINT<br>)<br>)<br>)<br>)<br>) **HON. SERENA R. MURILLO, UNITED**<br>) **STATES DISTRICT JUDGE**<br>)<br>)<br>) |

STIPULATION TO SUBSTITUTE PLAINTIFFS AND TO FILE FIRST AMENDED COMPLAINT

1

**TO THE HONORABLE SERENA R. MURILLO, UNITED STATES DISTRICT JUDGE:**

WHEREAS, Plaintiffs filed this action on November 1, 2024. The plaintiffs in the Original Complaint are Joseph Bernardo and Minors J.J.B. II and J.J.B. III. The Original Complaint alleges that Plaintiff Joseph Bernado was subjected to excessive force and that two of his minor children suffered emotional distress having watched their father being subjected to excessive force;

WHEREAS, Plaintiff Joseph Bernardo died on April 26, 2025. Accordingly, Plaintiffs J.J.B. II and J.B.B. III are seeking to substitute into the place of Joseph Bernardo for the purposes of this litigation, as they are the successors in interest to Joseph Bernardo.

WHEREAS, Decedent Joseph Bernardo had a third minor child, J.M.B., who did not witness the incident complained of in this action. J.M.B. is also a successor in interest to Joseph Bernardo, and also seeks to substitute into the place of Joseph Bernardo for the purpose of this litigation, as he is a successor in interest to Joseph Bernardo.

WHEREAS, in an effort to avoid further and unnecessary costs to the litigants, the parties respectfully request that the deadline for the defendants to file a responsive pleading to Plaintiffs' First Amended Complaint be continued to 90 days after the Plaintiffs file their First Amended Complaint.

STIPULATION TO SUBSTITUTE PLAINTIFFS AND TO FILE FIRST AMENDED COMPLAINT

Accordingly, the parties hereby respectfully requests from this Honorable Court and Order substituting Plaintiffs J.J.B. II and J.J.B. III as well as proposed Minor Plaintiff J.M.B. in place of the late plaintiff Joseph Bernardo and to allow Plaintiffs to file their First Amended Complaint (Exhibit "A" to the Declaration of Gregory Peacock.)

Dated: October 14 2025                  **LAW OFFICE OF GREGORY PEACOCK**


                                        */s/ Gregory Peacock*_____
                                        Gregory Peacock, Lawyer for Plaintiffs



DATED: October 14, 2025                 **PROCTER, SHYER & WINTER, LLP**


                                        By: */S/ James Procter*_____
                                           James Procter
                                           Attorney for Defendant City of Guadelupe,
                                           Frank Medina and Christopher Orozco

DATED: October 14, 2025                 **GIBBS AND FUERST, LLP**


                                        By: */S/ Michael T. Gibbs*_____
                                           Michael T. Gibbs
                                           Attorney for Defendant Andrew Breda

STIPULATION TO SUBSTITUTE PLAINTIFFS AND TO FILE FIRST AMENDED COMPLAINT