UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BERNARDO, and JESSICA GARCIA as guardian ad litem for Minors J.J.B. II and J.J.B. III,<br><br>　　Plaintiffs,<br><br>vs.<br><br>CITY OF Guadalupe; ANDREW BREDA; FRANK MEDINA; CHRISTOPHER OROZCO; and DOES 1 through 10, inclusive,<br><br>　　Defendants. | ) Case No. 2:24-cv-09493-SRM-MAA<br>)<br>) [PROPOSED] ORDER RE<br>) STIPULATION TO SUBSTITUTE<br>) PLAINTIFFS AND TO FILE A FIRST<br>) AMENDED COMPLAINT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**HAVING CONSIDERED** the parties' Stipulation To Substitute Plaintiffs And To File First Amended Complaint, and good cause having been shown therefor;

**IT IS HEREBY ORERED** that parties' Stipulation To Substitute Plaintiffs And To File First Amended Complaint is **GRANTED.** The Plaintiffs shall file their First Amended Complaint within 5 days of this Order and the deadline for the Defendants to file a responsive pleading to Plaintiffs' First Amended Complaint shall be 90 days from the date the Plaintiffs file their First Amended Complaint.

Dated: _____

　　　　　　　　　　　　　SERENA R. MURILLO, UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER RE PLAINTIFFS' MOTION TO SUBSTITUTE PLAINTIFFS AND TO FILE A FIRST AMENDED COMPLAINT

1