**LAW OFFICE OF JERRY L. STEERING**
Jerry L. Steering, Esq. (SBN 122509)
4063 Birch Street
Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883
Email: jerrysteering@yahoo.com

**LAW OFFICE OF GREGORY PEACOCK**
Gregory Peacock, ESQ. (SBN. 277669)
4063 Birch Street
Suite 100
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

Attorneys for Plaintiffs Joseph Bernardo, individually and as guardian ad litem for minors J.J.B. II, J.J.B. III

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BERNARDO, and JESSICA GARCIA as guardian ad litem for Minors J.J.B. II and J.J.B. III,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF Guadalupe; ANDREW BREDA; FRANK MEDINA; CHRISTOPHER OROZCO; and DOES 1 through 10, inclusive,<br><br>　　Defendants. | Case No. 2:24-cv-09493-SRM-MAA<br><br>APPLICATION OF JESSICA GARCIA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFF J.M.B. |

APPLICATION OF JESSICA GARCIA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFF J.M.B.

1

**COMES NOW** Jessica Garcia, legal and natural mother of Plaintiff J.M.B. and applies to this Honorable Court, to appoint her as the guardian ad litem for J.M.B. in this action.

This application is based on the ground that J.M.B. is a minor and needs a guardian ad litem to represent him in this action.

This application is also based on the attached declaration of Jessica Garcia in support thereof.

Dated: October 1, 2025          _/S/ Gregory Peacock_
                                         Gregory Peacock, Esq.
                                         ATTORNEY FOR PLAINTIFFS

APPLICATION OF JESSICA GARCIA FOR APPOINTMENT AS GUARDIAN AD LITEM FOR PLAINTIFF J.M.B.

2