UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **2:24-cv-09493-FMO-MAA** | Date: October 16, 2025 |
| Title | Joseph Bernardo et al. v. City of Guadalupe et al | |

Present: The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Cindy Delgado | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order re: Application of Jessica Garcia for Appointment of Guardian *Ad Litem* for Plaintiff J.M.B. (ECF No. 49)**

On October 14, 2025, Jessica Garcia, Guardian *Ad Litem* for minor Plaintiffs J.J.B. II and J.J.B. III filed an Application for Appointment of Guardian *Ad Litem* for Plaintiff J.M.B. ("Application"). (ECF No. 49.) The Application is accompanied by the Declaration of Jessica Garcia. (ECF No. 49-1.)

The Court **ORDERS** Jessica Garcia to file a supplemental declaration under penalty of perjury confirming that she (a) is qualified to understand and protect the rights of Plaintiff J.M.B., and (b) has no known or foreseeable interests adverse to the interests of Plaintiff J.M.B. The supplemental declaration is to be filed **no later than October 23, 2025**.

It is so ordered.