**LAW OFFICE OF JERRY L. STEERING**
Jerry L. Steering, Esq. (SBN 122509)
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883
Email: jerrysteering@yahoo.com

**LAW OFFICE OF GREGORY PEACOCK**
Gregory Peacock, ESQ. (SBN. 277669)
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

Attorneys for Plaintiffs Joseph Bernardo, individually and as guardian ad litem for minors J.J.B. II, J.J.B. III

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BERNARDO, and JESSICA GARCIA as guardian ad litem for Minors J.J.B. II and J.J.B. III,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY OF Guadalupe; ANDREW BREDA; FRANK MEDINA; CHRISTOPHER OROZCO; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:24-cv-09493-SRM-MAA<br><br>EX PARTE APPLICATION FOR APPROVAL OF COMPROMISE OF CLAIMS OF MINOR PLAINTIFFS J.J.B. II, J.J.B. III AND J.M.B.<br><br>**UNITED STATES DISTRICT JUDGE SERENA R. MURRILO** |

EX PARTE APPLICATION FOR APPROVAL OF COMPROMISE OF CLAIMS
OF MINOR PLAINTIFFS J.J.B. II, J.J.B. III AND J.M.B.

1

**COME NOW** Jessica Garcia, on behalf of her minor children J.B.B. II, J.J.B. III and J.M.B. and apply to this Honorable Court, ex parte, for approval of the compromise of the claims of all of the minor plaintiffs in this action, pursuant to a global settlement of all of the claims of all of the plaintiffs in this case.

This application is based on the ground that the parties to this action have reached a global settlement of all of the claims of all minors, subject to the approval of this Honorable Court, and that the global settlement in this case is fair and reasonable under the circumstances of this case.

This application is also based on the attached Declarations of Gregory Peacock in support of this ex parte application.

LAW OFFICE OF GREGORY PEACOCK

Dated: November 24, 2025    By:    /S/ *Gregory Peacock*
                                                           GREGORY PEACOCK, ESQ.,
                                                         ATTORNEY FOR ALL PLAINTIFFS

EX PARTE APPLICATION FOR APPROVAL OF COMPROMISE OF CLAIMS OF MINOR PLAINTIFFS J.J.B. II, J.J.B. III AND J.M.B.

2