**LAW OFFICE OF JERRY L. STEERING**
Jerry L. Steering, Esq. (SBN 122509)
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 474-1849
Facsimile: (949) 474-1883
Email: jerrysteering@yahoo.com

**LAW OFFICE OF GREGORY PEACOCK**
Gregory Peacock, ESQ. (SBN. 277669)
4063 Birch Street, Suite 100
Newport Beach, CA 92660
Telephone: (949) 292-7478
Email: gregorypeacockesq@gmail.com

Attorneys for Plaintiffs Joseph Bernardo, individually and as guardian ad litem for minors J.J.B. II, J.J.B. III

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BERNARDO, and JESSICA GARCIA as guardian ad litem for Minors J.J.B. II and J.J.B. III,<br><br>   Plaintiffs,<br><br>   vs.<br><br>CITY OF Guadalupe; ANDREW BREDA; FRANK MEDINA; CHRISTOPHER OROZCO; and DOES 1 through 10, inclusive,<br><br>   Defendants. | Case No. 2:24-cv-09493-SRM-MAA<br><br>SECOND STIPULATION FOR APPROVAL OF COMPROMISE OF CLAIMS OF MINOR PLAINTIFFS J.J.B. II, J.J.B. III AND J.M.B.<br><br>**UNITED STATES DISTRICT JUDGE SERENA R. MURILLO** |

STIPULATION FOR APPROVAL OF COMPROMISE OF CLAIMS OF MINOR
PLAINTIFFS J.J.B. II, J.J.B. III AND J.M.B.
1

TO THE HONORABLE SERENA R. MURILLO:

This Stipulation is entered into by all parties, by and through their counsel of record, as follows:

The Parties hereby stipulate to request that this Honorable Court approve the compromise of the claims of all minor plaintiffs in this action, pursuant to a global settlement of all of the claims of all of the plaintiffs in this case.

This stipulation and request is based on the ground that the parties have reached a global settlement of all claims of all parties, subject to the approval of this Honorable Court, and that the global settlement in this case is fair and reasonable under the circumstances of this case.

This stipulation is also based on the attached Declarations of Gregory Peacock and Jessica Garcia in support of this stipulation.

**LAW OFFICE OF GREGORY PEACOCK**

Dated: March 12, 2026  By:  /S/ *Gregory Peacock*
GREGORY PEACOCK, ESQ.,
ATTORNEY FOR ALL PLAINTIFFS


Dated: March 12, 2026  **PROCTER, SHYER & WINTER, LLP**

By: /S/ *Lisa N. Shyer*
Lisa N. Shyer
Attorney for Defendant City of Guadalupe,
Frank Medina and Christopher Orozco

STIPULATION FOR APPROVAL OF COMPROMISE OF CLAIMS OF MINOR PLAINTIFFS J.J.B. II, J.J.B. III AND J.M.B.

2

Dated: March 12, 2026         **GIBBS AND FUERST, LLP**


By: */S/ Michael T. Gibbs*_____
    Michael T. Gibbs
    Attorney for Defendant Andrew Breda


Pursuant to Local Rule 5-4.3.4, I, Gregory Peacock, attests that Michael T. Gibbs and Lisa N. Shyer concurs with the contents of this Joint Rule 26(f) Report and has authorized the filing of same.

Dated: March 12, 2026         By:   /S/  *Gregory Peacock*_____
                                    GREGORY PEACOCK, ESQ.,
                                    ATTORNEY FOR ALL PLAINTIFFS

SECOND STIPULATION FOR APPROVAL OF COMPROMISE OF CLAIMS OF MINOR PLAINTIFFS J.J.B. II, J.J.B. III AND J.M.B.

1